IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-73-BLG-SEH |
|---|---|
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| FLORENCE IRENE JARA, *AKA* FLORENCE IRENE PHILLIPS, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the crime of theft of government money as charged in the Indictment in violation of 18 U.S.C. § 641.

After examining the Defendant under oath, the Court determined that the Defendant: (1) knowingly, intelligently, and voluntarily entered the guilty plea; and (2) fully understands her constitutional rights and the extent to which such rights are waived. The Court also determined that the offense charged and to which the Defendant entered a guilty plea contained each of its essential elements.

The Court further concludes that the Defendant had adequate time to confer with counsel respecting her entry of a guilty plea.  I recommend that the Defendant be adjudged guilty and that sentence be imposed.  A presentence report has been ordered.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 22nd day of November, 2013.

/S/ Carolyn S. Ostby  
United States Magistrate Judge