FILED

DEC 12 2013

Clerk, U.S. District Court
District Of Montana
Helena

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 13-73-BLG-SEH |
|---|---|
| Plaintiff, | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| vs. | |
| FLORENCE IRENE JARA, aka FLORENCE IRENE PHILLIPS, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, the plea of guilty of the Defendant to Count 1 of the Indictment is hereby accepted. The Defendant is adjudged guilty of such count. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 12th day of December, 2013.

SAM E. HADDON
United States District Judge